| | |
|---|---|
| 1 | Law Offices of Hadley & Fraulob |
| 2 | 230 Fifth Street |
|   | Marysville, CA  95901 |
| 3 | (530) 743-4458 |
| 4 | JOSEPH C. FRAULOB – State Bar #194355 |
|   | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Star McKenzie, | Civil Action No: 2:19-cv-00138-DMC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, July 22, 2019, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  06/21/2019  /s/ Joseph C. Fraulob
Joseph C. Fraulob
Attorney for Plaintiff

Dated:  06/21/2019  /s/ Marcelo Illarmo
Marcelo Illarmo
Special Assistant U.S. Attorney
Attorney for Defendant

/ / /

/ / /

IT IS ORDERED.

Dated: June 25, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE