1 | Law Offices of Hadley & Fraulob
2 | 230 Fifth Street
  | Marysville, CA  95901
3 | (530) 743-4458

4 | JOSEPH C. FRAULOB – State Bar #194355
  | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Star McKenzie,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Civil Action No: 2:19-cv-00138-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, August 21, 2019, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  07/22/2019                           / s / Joseph C. Fraulob
                                             Joseph C. Fraulob
                                             Attorney for Plaintiff

Dated:  07/22/2019                           / s / Patrick Snyder
                                             Patrick Snyder obo Marcelo Illarmo
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

/ / /

/ / /

-1-

IT IS ORDERED.

Dated: July 24, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE